## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

J2K Corporation                                              Case No. 22-11179-KHK

Debtor.                                                      (Chapter 7)

## ORDER FOR DEBTOR TO APPEAR AND
## SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

This case is before the Court pursuant to the Debtor's Petition for relief under chapter 7 of the Bankruptcy Code (Docket No. 1). It appearing that the purported Unanimous Consent of the Board of Directors attached to the Petition does not authorize the filing of the above-captioned case[1], and it appearing necessary to do so, it is hereby

**ORDERED**:

1. A hearing on the Petition for relief under chapter 7 of the Bankruptcy Code (Docket No. 1) will be held on **October 11, 2022** at **11:00 AM**.

2. The Debtor shall appear at the hearing and show cause why this case should not be dismissed.

3. The hearing will be conducted via video conference using Zoom for Government.

4. Parties who wish to appear and participate in the hearing must e-mail a completed registration request form to EDVABK-ZOOM-Judge_Kindred@vaeb.uscourts.gov in accordance with Judge Kindred's procedures for appearing by Zoom for Government[2].

5. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

---

[1] The purported Consent refers to the wrong corporation in the recitals, uses various undefined terms throughout and is not signed by any director—it is signed by the purported President and CEO.
[2] Available at https://www.vaeb.uscourts.gov/wordpress/?s=temporary+emergency+hearings.

Date: Sep 12 2022

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Sep 12 2022

Mailed copies to:

J2K Corporation
5673 Lierman Cir
Centreville, VA
20120 *Debtor*

Electronic copies to:

Janet M. Meiburger
*Chapter 7 Trustee*

Weon Geun Kim
*Debtor's Counsel*

Office of the U.S. Trustee