**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

J2K Corporation                                    Case No. 22-11179-KHK

Debtor.                                            (Chapter 7)

**AMENDED ORDER FOR DEBTOR TO APPEAR AND**
**SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

This case is before the Court pursuant to the Debtor's Petition for relief under chapter 7 of the

Bankruptcy Code (Docket No. 1).  It appearing that the purported Unanimous Consent of the Board of

Directors attached to the Petition does not authorize the filing of the above-captioned case[1], and it

appearing necessary to do so, it is hereby

**ORDERED**:

1.      A hearing on the Petition for relief under chapter 7 of the Bankruptcy Code (Docket No.

1) will be held on **October 11, 2022** at **9:30 AM**.

2.      The Debtor shall appear at the hearing and show cause why this case should not be

dismissed.

3.      The hearing will be conducted via video conference using Zoom for Government.

4.      Parties who wish to appear and participate in the hearing must e-mail a completed

registration request form to EDVABK-ZOOM-Judge_Kindred@vaeb.uscourts.gov in accordance with

Judge Kindred's procedures for appearing by Zoom for Government[2].

5.      The Clerk shall provide a copy of this order and notice of its entry to the parties listed

below.

---

[1] The purported Consent refers to the wrong corporation in the recitals, uses various undefined terms throughout and
is not signed by any director—it is signed by the purported President and CEO.
[2] Available at https://www.vaeb.uscourts.gov/wordpress/?s=temporary+emergency+hearings.

Date: Sep 13 2022
_____

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: September 13, 2022

Mailed copies to:

J2K Corporation
5673 Lierman Cir
Centreville, VA 20120
*Debtor*

Electronic copies to:

Janet M. Meiburger
*Chapter 7 Trustee*

Weon Geun Kim
*Debtor's Counsel*

Office of the U.S. Trustee